UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:14-cr-29-HSM-SKL |
| v. | ) | |
| | ) | |
| MARY GERALDINE SHELTON | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw her not guilty plea to Count One of the one count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant
shall remain in custody until sentencing in this matter [Doc. 16].  Neither party filed a timely
objection to the report and recommendation.  After reviewing the record, the Court agrees with the
magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS**
the magistrate judge's report and recommendation [Doc. 16] pursuant to 28 U.S.C. § 636(b)(1) and
**ORDERS** as follows:

(1)     Defendant's motion to withdraw her not guilty plea to Count One of the Indictment

         is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

         Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

         scheduled to take place on **June 8, 2015 at 2:00 p.m. [EASTERN]** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE