


FILED
FEB 08 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# MEMORANDUM

**To:** United States District Court, Eastern District of Tennessee

**cc:** United States District Court, Northern District of Alabama

**From:** Daniel Haimelin, Supervising United States Probation Officer

**Re:** Mary Geraldine Shelton - 4:14-CR-00029-001

**Date:** February 8, 2018

On January 29, 2016, Ms. Shelton was sentenced in the Eastern District of Tennessee to a term of imprisonment of 37 months followed by 2 years of supervised release.

On August 8, 2017, Mr. Shelton's term of supervised release commenced.

On November 21, 2017, Ms. Shelton's supervision was transferred to the Northern District of Alabama.

On December 12, 2017, United Stated District Judge Harry S. Mattice, Jr. signed an order transferring jurisdiction of Ms. Shelton's case to the Northern District of Alabama. This order has not yet been assigned to a judge in the Northern District of Alabama and jurisdiction has not been accepted.

On February 5, 2018, Ms. Shelton returned to the Eastern District of Tennessee, and will not be returning to the Northern District of Alabama.

Based on this, the probation office is no longer seeking to transfer jurisdiction of Ms. Shelton's case to the Eastern District of Alabama and it is respectfully recommended that jurisdiction remain in the sentencing district.